NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-352

SHAUNN CAILLIER MCCORVEY

VERSUS

DERRIEL C. MCCORVEY

**********

APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 02-C-2619-A
HONORABLE JAMES T. GENOVESE, DISTRICT JUDGE

**********

ELIZABETH A. PICKETT
JUDGE

**********

Court composed of Oswald A. Decuir, Michael G. Sullivan, and Elizabeth A. Pickett, Judges.

AFFIRMED.

Alex L. Andrus, III
Andrus & Doherty
117 North Market Street
Opelousas, LA 70571
(337) 942-5645
Counsel for Plaintiff/Appellee:
       Shaunn Caillier McCorvey

Grady M. Spears
Attorney at Law
1001 W. Pinhook, Bldg. 3, Ste. 222
Lafayette, LA 70503
(337) 233-3634
Counsel for Defendant/Appellant:
       Derriel Carlton McCorvey

**Derriel Carlton McCorvey**
**Attorney at Law**
**P. O. Box 2473**
**Lafayette, LA 70502**
**(337) 291-2431**
**Counsel for Defendant/Appellant:**
     **Derriel Carlton McCorvey**